IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| JESSICA ROJAS ESCOBAR | CASE NO. 17-03484 BKT |
| DEBTOR | Chapter 13 |
| | |
| DLJ MORTGAGE CAPITAL, INC. | |
| MOVANT | |
| | |
| JESSICA ROJAS ESCOBAR | FILED & ENTERED ON 3/28/2018 |
| RESPONDENT | |

### **ORDER APPROVING SETTLEMENT/STIPULATION**

    This case is before the Court upon the settlement agreement/stipulation filed by the Debtor and DLJ Mortgage Capital, Inc., docket entry #37.

    Due notice having been given, no opposition having been filed, and good cause appearing thereof, it is now ordered that the settlement agreement/stipulation be and is hereby approved.

    **IT IS SO ORDERED.**

    In San Juan, Puerto Rico, this 28th day of March, 2018.

*/s/ Brian K. Tester*
Brian K. Tester
U. S. Bankruptcy Judge

c:    DEBTOR
       ROBERTO FIGUEROA CARRASQUILLO
       JOSE RAMON CARRION MORALES